**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS OVIDIO AGUILAR-MEJIA, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 14-72220 <br><br> Agency No. A073-951-904 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 15, 2016[**]

Before:      GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Carlos Ovidio Aguilar-Mejia, a native and citizen of El Salvador, petitions

for review of the Board of Immigration Appeals' order affirming an immigration

judge's denial of his application for cancellation of removal.  We dismiss the

petition for review.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary determination that Aguilar-Mejia failed to show exceptional and extremely unusual hardship to a qualifying relative. *See De Mercado v. Mukasey,* 566 F.3d 810, 814 (9th Cir. 2008). Aguilar-Mejia's contentions that the agency committed legal error in not conducting a future-oriented hardship analysis and violated due process by failing to consider documentary evidence lack any support in the record and thus do not invoke jurisdiction. *See Vilchiz-Soto v. Holder,* 688 F.3d 642, 644 (9th Cir. 2012) (absent a colorable legal or constitutional claim, the court lacks jurisdiction to review the agency's discretionary determination regarding hardship); *Martinez-Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005) ("To be colorable in this context, ... the claim must have some possible validity." (citation omitted)).

**PETITION FOR REVIEW DISMISSED.**